■ PATRICIA WELSH, Respondent, v GENESEE COUNTY AGRICULTURAL SOCIETY, INC., Appellant. [606 NYS2d 1012] —Order unanimously affirmed with costs. Memorandum: Because questions of fact exist whether defendant provided adequate safeguards to protect spectators seated in the pit area from reasonably foreseeable dangers associated with high speed auto racing (see, Cortwright v Brewerton Intl. Speedway, 145 AD2d 297), defendant's motion for summary judgment was properly denied. (Appeal from Order of Supreme Court, Genesee County, Wolf, Jr., J.—Summary Judgment.) Present—Callahan, J. P., Pine, Lawton, Doerr and Boehm, JJ.

■ RODGER A. PADULA, Appellant, v LILARN PROPERTIES CORPORATION, Respondent. [604 NYS2d 464] —Order unanimously affirmed without costs. Memorandum: Plaintiff brought this action seeking to recover damages for injuries sustained when he fell from a scaffold while performing work on a construction project in Massachusetts.

Supreme Court properly granted defendant's motion for summary judgment dismissing plaintiff's causes of action alleging violations of sections 200, 240 (1) and 241 (6) of the New York State Labor Law and various rules and regulations thereunder. "The New York Legislature is without authority to impose standards of conduct on contractors, owners and agents relating to a worksite located in a foreign jurisdiction" (Brewster v Baltimore & Ohio R. R. Co., 167 AD2d 908; see also, Bardin v Tuozzolo, 190 AD2d 1090, lv dismissed 82 NY2d 705). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Callahan, J. P., Pine, Lawton, Doerr and Boehm, JJ.